No. 80–1553.  FENDLER v. ARIZONA.  Ct. App. Ariz.  Certiorari denied.

No. 80–1588.  JACOBS v. UNITED STATES; and

No. 80–1788.  SCHOENDORF v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  Reported below: 636 F. 2d 1205.

No. 80–1625.  GRANITE INVESTMENT CO. ET AL. v. FEDERAL SAVINGS AND LOAN INSURANCE CORP. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 80–1662.  BARTLETT-COLLINS CO. v. NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 80–1679.  SCOTTO v. UNITED STATES; and

No. 80–1746.  ANASTASIO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  Reported below: 641 F. 2d 47.

No. 80–1680.  CHEVRON CHEMICAL CO. v. GORSUCH, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY.  C. A. 3d Cir.  Certiorari denied.

No. 80–1693.  CHURCH OF SCIENTOLOGY OF CALIFORNIA v. FOLEY ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 80–1700.  THOMPSON ET AL. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 80–1702.  NICOSIA v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 80–1706.  LaCHANCE v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 80–1707.  LEVERAGE FUNDING SYSTEMS, INC., ET AL. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.